1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5
   Attorney for: PLAINTIFF
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

JS-6

11 | UNITED STATES OF AMERICA,      | No. CV 13-03042
12 |            Plaintiff,           |
13 |      vs.                        | CONSENT JUDGMENT
14 | Ralph Santos Militello, aka     |
15 | Ralph S. Militello,             |
16 |            Defendant            |

17

18     Pursuant to the above stipulation of the parties,
19  Judgment is hereby entered in favor of Plaintiff, UNITED
20  STATES OF AMERICA, against Defendant, Ralph Santos
21  Militello, aka Ralph S. Militello, in the principal amount
22  of $1,383.21 plus interest accrued to April 25, 2013, in the
23  sum of $920.10; with interest accruing thereafter at 5%
24  annually until entry of judgment, late charges in the amount
25  of $129.00, for a total amount of **$2,432.31**.
26  DATED: July 15, 2013            By: TERRY NAFISI
                                        Clerk of the Court
27
                                        /s/ Jenny Lam
28                                      Deputy Clerk
                                        United States District Court